## UNION INVESTMENT COMPANY *v.* ENGESSER.

ATKINSON, J. A judge of the superior court is without power, prior to the appearance term of an equitable case, to render a decision therein sustaining or overruling a general demurrer to the petition. *Williamson* v. *Anderson Cotton Co.*, 146 *Ga.* 503 (91 S. E. 553); *Crovatt* v. *Baker*, 130 *Ga.* 507 (2), 511 (61 S. E. 127); note to Park's Code, § 4850. "Parties to proceedings for equitable relief may, by consent, dispose of all equity causes at the first term, if service has been properly perfected" (Civil Code, § 5421), but there is no provision of law authorizing a judge upon consent of the parties to render judgment upon a general demurrer prior to the first term; and where the parties seek to have this done, and the court enters judgment on the demurrer at such time, the judgment will be reversed. *Pope* v. *Jones*, 79 *Ga.* 487 (2), 488 (4 S. E. 860).

*Judgment reversed. All the Justices concur.*

No. 2288. JULY 13, 1921.

Equitable petition. Before Judge George L. Bell. Fulton superior court. October 5, 1920.

*R. R. Jackson, John F. Echols,* and *L. Z. Rosser,* for plaintiff in error. *Burress & Dillard,* contra.

Briefs for persons interested, not parties to the record, by *R. A. Denny, attorney-general, Brewster, Howell & Heyman,* and *R. B. Blackburn.*